IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-00478-CNS-TPO

NUTRITIONAL THERAPY ASSOCIATES, INC.,

     Plaintiff,

v.

RITHMIC WELLNESS, LLC,
d/b/a Robo Wellness,
MICHAEL REPSHER, and
DEBORAH ELVIN,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on June 9, 2024.**

This matter comes before this Court upon its own review of the case record.

On February 4, 2025, this Court stayed discovery and the pre-trial deadlines. ECF 78. On March 6, 2025, the Parties filed a Joint Status Report stating that mediation was scheduled for May 22, 2025.

The Parties were instructed to "contact the Court to schedule a new discovery conference (if necessary) and, if possible, submit a joint proposal for a new pretrial scheduling order" if they were "unable to reach a settlement". ECF 78 at p. 2. It is unknown whether the Parties settled this lawsuit at the May 22nd mediation, or whether the stay should be lifted and litigation resume.

The Parties shall file another Joint Status Report by **June 23, 2025** to inform this Court of the status of this case. That is, whether the case has settled, or alternatively whether the stay should be lifted and the discovery conference reset.